**(NLK - 4457)**
**WILLIAM C. MATSIKOUDIS**
**CORPORATION COUNSEL**
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
Telephone (201) 547-5229
Attorney for Defendant, City of Jersey City

```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| **MICHAEL L. GALDIERI,** | : CIVIL ACTION NO. |
| | : 05Cv3563(PGS) |
| Plaintiff, | : |
| | : |
| v. | : NOTICE OF MOTION |
| | : FOR SUMMARY JUDGMENT |
| **JERSEY CITY INCINERATOR AUTHORITY;** | : |
| **CITY OF JERSEY CITY; JOSEPH M.** | : |
| **GRANT, in his individual and** | : |
| **official capacities; ORIN K DABNEY,** | : Oral Argument and |
| **in his individual and official** | : Motion Date:_____ |
| **capacities; JOSEPH ZAZZARINO, in** | : |
| **his individual and official** | : |
| **capacities; JAMES KING, in his** | : |
| **individual and official capacities** | : |
| **THOMAS E. HARRISON, in his** | : |
| **individual and official capacities;** | : |
| **NORMAN M. GUERRA, in his individual** | : |
| **and official capacities; and** | : |
| **EUGENE DRATON, in his individual** | : |
| **and official capacities,** | : |
| | : |
| Defendants. | : |

**TO:**   Clerk, United States District Court
        Martin Luther King, Jr. Federal Building
        50 Walnut Street
        Newark, New Jersey 07102

        Mr. Michael L. Galdieri
        158 Mallory Avenue
        Jersey City, New Jersey 07304
        Defendant, pro se

**Timothy Hawkes, Esq.**
**601 Pavonia Avenue**
**Jersey City, NJ 07306**
**Attorney for JCIA, now dismissed**

**Eugene Drayton**
**45 Webster Ave.**
**Jersey City, NJ 07307**

**PLEASE TAKE NOTICE** that on _____ at 9 o'clock in the forenoon or as soon thereafter as counsel may be heard, defendant City of Jersey City shall move before The Honorable Peter G. Sheridan, U.S.D.J., at the United States District Court, Martin Luther King, Jr. Federal Building and Court House, 50 Walnut Street, Room 4A, Newark, New Jersey 07102, for an Order in the form annexed hereto for Summary Judgment pursuant to Fed. R. Civ. P. 56 for Summary Judgment.  **Oral Argument is requested.**

**PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the undersigned will rely on the attached Brief and Appendix.

**ORAL ARGUMENT AND MOTION RETURN DATE: _____.**

**TRIAL DATE:  TO BE DETERMINED BY THE COURT**

**ARBITRATION DATE: TO BE DETERMINED BY THE COURT**

**SETTLEMENT CONFERENCE DATE: TO BE DETERMINED BY THE COURT**

    **WILLIAM C. MATSIKOUDIS**
    **CORPORATION COUNSEL**
    Attorney for Defendant, City of Jersey City

    **/s/ NORA L. KALLEN**
    Nora L. Kallen
    Assistant Corporation Counsel

Dated: January 7, 2008